

# THE ATTORNEY GENERAL
## OF TEXAS

AUSTIN 11, TEXAS

GERALD C. MANN
XXXXXXXXXXXXXXXXXXX
ATTORNEY GENERAL

February 3, 1939

Mr. Stirling T. Phelps
County Attorney
Webb County
Laredo, Texas

Dear Mr. Phelps:

Opinion No. O-255
RE: May Webb County Issue Bonds or
Warrants to Raise Funds with
which to Acquire Property and
Erect Buildings for the Purposes
covered by Art. 2372D, R. C. S.
1925, County Horticultural and
Agricultural Exhibits, Section 1

In reply to your letter of January 11, submitting the above captioned
question to this department for an opinion, please be advised that we are
hereby adopting the opinion of this department as rendered November 4, 1938,
and which opinion was in answer to a similar question submitted on October
24, 1938.

As indicated in your recent letter, there has been some change in the plans
of the Commissioner' Court with reference to the set-up for the buildings
as set forth in your first inquiry. We are of the opinion that such change,
as in suggested in your last communication, does not in anywise affect our
previous ruling in this matter.

Accordingly, you are respectfully advised that the Commissioners' Court of
Webb County has the right, under the law, to order an election to determine
whether or not bonds should be issued for the purpose of building the nece-
ssary building pursuant to Article 2372D.

It is our further opinion that the Commissioners' Court would have the
right to issue warrants for this purpose, but must be issued as provided
by Article 2368A.

Yours respectfully

CEC-s
APPROVED:
GERALD C. MANN
ATTORNEY GENERAL OF TEXAS

ATTORNEY GENERAL OF TEXAS
By
    Clarence C. Crowe
        Assistant